UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
2008 JUN -6  P 12: 06
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| X COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:08cv591 CMH/JFA |
| JANE DOE, | ) ~~FILED UNDER SEAL~~ |
| Defendant. | ) |

### PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYMS AND FOR PROTECTIVE ORDER

Plaintiff X Company (the "Company") moves the Court for entry of (1) an order granting leave to proceed under pseudonyms; and (2) a protective order preventing either party (or their attorneys, agents, representatives, or other persons acting or purporting to act on behalf of them) from disclosing the identity of either party to the media or press, or to any party other than their counsel, during the course of these proceedings. The grounds for the motion are fully set forth in the accompanying memorandum.

The actual names of the parties have been made available to the Court, *in camera*, in plaintiff's confidential memorandum in support of its motion to seal. A proposed order is attached.

- 2 -

*Of Counsel:*

MORGAN, LEWIS & BOCKIUS LLP

Barbara Van Gelder
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5256
(202) 739-3001 (fax)

Sarah E. Bouchard
Anne E. Martinez
1701 Market Street
Philadelphia, PA 19103
(215) 963-5277
(215) 963-5001 (fax)

Respectfully submitted,

*[signature: Charles B. Wayne]*

Charles B. Wayne (# 24954)
Elisha A. King
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4000
(202) 799-5000 (fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2008, a copy of Plaintiff X Company's Motion to Proceed Under Pseudonyms and for Protective Order; Order; and Notice of Hearing were served by hand upon the following:

>Lynne Bernabei, Esq.
>David Wachtel, Esq.
>Bernabei & Wachtel, PLLC
>1775 T Street N.W.
>Washington, D.C. 20009

_____
Charles B. Wayne