UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY,<br>Plaintiff, | )<br>)<br>) | |
| v. | ) | Civil Action No. 1:08cv591 |
| ADRIANA KOECK,<br>Defendant | )<br>)<br>)<br>) | |

## ORDER

The parties in this case have entered into a joint stipulation regarding the use and disclosure of material alleged to be plaintiff's confidential, proprietary, and privileged information. *See General Electric Company v. Koeck*, 1:08cv591 (E.D. Va. July 28, 2008) (Stipulation and Order). The parties have now filed a joint motion advising the Court that they intend to engage in mediation to resolve this matter, and to that end the parties seek to extend the terms of the Stipulation and Order for fifty days and to withdraw the pending motion for a preliminary injunction.

Accordingly, for good cause,

It is hereby **ORDERED** that plaintiff's motion for a preliminary injunction is **WITHDRAWN**, and the hearing scheduled for 10:00 a.m. Tuesday, August 5, 2008, is **CANCELLED**.

It is further **ORDERED** that the parties are **DIRECTED** to report to Magistrate Judge Anderson regarding the progress of their mediation according to the schedule established by Magistrate Judge Anderson's Order of even date.

It is further **ORDERED** that this matter will be placed among the inactive causes pending

-1-

completion of mediation by the parties or further Order of the Court.

The Clerk is directed to send a copy of this Order to all counsel of record, and to place this matter among the inactive causes.

Alexandria, Virginia
July 29, 2008

T. S. Ellis, III
United States District Judge