## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **GENERAL ELECTRIC COMPANY,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Civil Action No. 08-591-TSE/JFA |
| **ADRIANA KOECK,** | ) ) ) | |
| **Defendant.** | ) ) | |

### NOTICE OF FILING

Counter-Plaintiff Adriana Koeck hereby notifies the Court and the Parties of the filing of her Amended Counterclaim.

In its October 3, 2008 Order, the Court Ordered Ms. Koeck to file a Motion to Amend by October 15, 2008. However, Federal Rule of Civil Procedure Rule 15(a) provides that a party may amend its pleading once as a matter of course before being served with a responsive pleading.

Counter-Defendant filed an Answer and Counterclaim in this matter on July 18, 2008. To date, Counter-Defendant has not served Ms. Koeck with a responsive pleading. Accordingly, Ms. Koeck need not seek leave of the Court to file her Amended Complaint.

To the extent that the Court believes Ms. Koeck must file a Motion for Leave to file her Amended Complaint, she hereby respectfully requests that permission.

Dated:  October 14, 2008              Respectfully submitted,

                                                   _____
Robert B. Nealon
Virginia Bar No. 23096
Jay Ian Igiel
Virginia Bar No. 65576
Michael T. Pritchard
Virginia Bar No 65846
**NEALON & ASSOCIATES, P.C.**
119 N. Henry Street
Alexandria, VA  22314
Telephone: (703) 684-5755
Facsimile: (703) 684-0153
rbnealon@nealon.com
jigiel@nealon.com
mpritchard@nealon.com
*Counsel for Adriana Koeck*

Grant Morris
VA Bar No. 16260
**LAW OFFICES OF GRANT MORRIS**
1666 Connecticut Ave., NW
Washington D.C.  20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776
Grantemorris@gmail.com
*Counsel for Adriana Koeck*

David W. Sanford *
Stefanie F. Roemer*
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Ave., NW, Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7777
Facsimile: (202) 742-7776
dsanford@nydclaw.com
sroemer@nydclaw.com
www.nydclaw.com
*Lead Counsel for Counter-Plaintiff Koeck*
* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Charles B. Wayne
Elisha A. King
DLA Piper US LLP
500 8th Street, NW
Washington, DC 20004

And that the foregoing was served via electronic mail upon the following:

Barbara Van Gelder
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004


Sarah E. Bouchard
Anne E. Martinez
Morgan, Lewis & Bockius, LLP
1701 Market Street

                /s/
              Jay Ian Igiel
              Virginia Bar No. 65576
              **NEALON & ASSOCIATES, P.C.**
              119 N. Henry Street
              Alexandria, VA  22314
              Telephone: (703) 684-5755
              Facsimile: (703) 684-0153
              jigiel@nealon.com
              mpritchard@nealon.com
              *Counsel for Adriana Koeck*