UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-591-TSE/JFA |
| ADRIANA KOECK, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

Plaintiff General Electric Company hereby moves the Court for an order dismissing the Counterclaim and Amended Counterclaim filed by Defendant Adriana Koeck. The grounds for the motion are set forth in the accompanying memorandum in support.

Respectfully submitted,

*Of Counsel*:

MORGAN, LEWIS & BOCKIUS LLP
Barbara Van Gelder
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5256
(202) 739-3001 (fax)

Sarah E. Bouchard
Anne E. Martinez
1701 Market Street
Philadelphia, PA 19103
(215) 963-5077/5718
(215) 963-5001 (fax)

/s/
Charles B. Wayne
Virginia Bar No. 24954
Elisha A. King
Attorneys for General Electric Company
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4000
(202) 799-5000 (fax)
charles.wayne@dlapiper.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 15th day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

    Grant E. Morris
    Law Offices of Grant Morris
    1666 Connecticut Avenue, N.W.
    Suite 310
    Washington, D.C.  20009

    Robert B. Nealon
    Michael T. Pritchard
    Jay I. Igiel
    Nealon & Associates, P.C.
    119 N. Henry Street
    Alexandria, VA  22314

  I also hereby certify that the foregoing was served by electronic mail on the following non-users:

    David W. Sanford
    Stefanie F. Roemer
    Sanford, Wittels & Heisler, LLP
    1666 Connecticut Avenue, N.W.
    Suite 310
    Washington, D.C.  20009

          /s/
        Charles B. Wayne
        Virginia Bar No. 24954
        Elisha A. King
        Attorneys for General Electric Company
        DLA PIPER LLP (US)
        500 8th Street, N.W.
        Washington, D.C.  20004
        (202) 799-4000
        (202) 799-5000 (fax)
        charles.wayne@dlapiper.com