UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-591-TSE/JFA |
| ADRIANA KOECK, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S NOTICE REGARDING SEALING**

Pursuant to the Court's July 3, 2008 order, plaintiff General Electric Company provides notice that portions of defendant's Amended Counterclaim, filed on October 14, warrant sealing. Plaintiff will file a motion, memorandum, and notice of hearing on or before October 21 in accordance with the Court's order.

Respectfully submitted,

*Of Counsel:*

MORGAN, LEWIS & BOCKIUS LLP

Barbara Van Gelder
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 739-5256
(202) 739-3001 (fax)

Sarah E. Bouchard
Anne E. Martinez
1701 Market Street
Philadelphia, PA  19103
(215) 963-5077/5718
(215) 963-5001 (fax)

       /s/
Charles B. Wayne
Virginia Bar No. 24954
Elisha A. King
Attorneys for General Electric Company
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C.  20004
(202) 799-4000
(202) 799-5000 (fax)
charles.wayne@dlapiper.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

>Robert B. Nealon
>Michael T. Pritchard
>Jay I. Igiel
>Nealon & Associates, PC
>119 N. Henry Street
>Alexandria, VA  22314
>
>Grant E. Morris
>Law Offices of  Grant Morris
>1666 Connecticut Avenue, N.W.
>Suite 310
>Washington, D.C.  20009

I also hereby certify that the foregoing was served by electronic mail on the following non-users:

>David W. Sanford
>Stefanie F. Roemer
>Sanford, Wittels & Heisler, LLP
>Suite 310
>Washington, D.C.  20009

>　/s/　　　　　　　　　　　　　　　
>Charles B. Wayne
>Virginia Bar No. 24954
>Elisha A. King
>Attorneys for General Electric Company
>DLA PIPER US LLP
>500 8th Street, N.W.
>Washington, D.C.  20004
>(202) 799-4000
>(202) 799-5000 (fax)
>charles.wayne@dlapiper.com