UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-591-TSE/JFA |
| ADRIANA KOECK, | ) | |
| Defendant. | ) | |

**JOINT MOTION
REGARDING COUNTERCLAIMS**

Comes Now Plaintiff General Electric Company and Defendant Adriana Koeck ("Parties"), by and through their Counsel, and move this Court to enter the Consent Order filed concurrently herewith. In support of this motion, the Parties state as follows:

1. Plaintiff's Motion to Dismiss Defendant's Counterclaims is currently pending before this Court and is scheduled for oral argument on November 7, 2008 at 10:00 a.m.

2. Plaintiff's Motion to Seal Portions of Defendant's Amended Counterclaim is currently pending before this Court and is scheduled for oral argument on October 31, 2008 at 10:00 a.m.

3. The parties have agreed to resolve all of Defendant's Counterclaims through binding arbitration.

4. Therefore, the parties hereby request that the following relief be granted:

   a) Defendants Counterclaim and Amended Counterclaim be dismissed without prejudice;

1

b) Plaintiff's Motion to Dismiss Defendant's Counterclaim and corresponding Notice of Hearing is withdrawn, as is Plaintiff's Motion to Seal Portions of Defendant's Amended Counterclaim and corresponding Notice of Hearing;

c) the hearings in this matter currently scheduled for 10:00 a.m. on October 31,2008 at 10:00 a.m. and at 10:00 a.m. on November 7, 2008 are cancelled; and

d) any and all such other relief as is in the interests of justice be imposed.

Respectfully submitted, this 21st day of October, 2008

/s/
Robert B. Nealon
Virginia Bar # 23096
Jay Ian Igiel
Virginia Bar # 65576
Michael T. Pritchard
Virginia Bar # 65846
**NEALON & ASSOCIATES, P.C.**
119 N. Henry Street
Alexandria, VA  22314
Telephone: (703) 684-5755
Facsimile: (703) 684-0153 (fax)
rbnealon@nealon.com
jigiel@nealon.com
mpritchard@nealon.com
*Counsel for Adriana Koeck*

David W. Sanford (PHV)
Stefanie Roemer, (PHV)
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Ave., NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776
dsanford@nydclaw.com
sroemer@nydclaw.com
*Counsel for Adriana Koeck*

Grant Morris,
VA Bar # 16260
**LAW OFFICES OF GRANT MORRIS**
1666 Connecticut Ave., NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776
grantemorris@gmail.com
*Counsel for Adriana Koeck*

_____/s/_____
Charles B. Wayne
Virginia Bar# 24594
Elisha A. King
**DLA Piper US LLP**
500 8th Street, NW
Washington, DC 20004
(202) 799-5000 (fax)
*Counsel for General Electric Company*

Barbara Van Gelder
**Morgan, Lewis & Bockius, LLP**
1111 Pennsylvania Ave., NW
Washington, DC 20004
(202) 739-30001
*Of Counsel for General Electric Company*

Sarah E. Bouchard
Anne E. Martinez
**Morgan, Lewis & Bockius, LLP**
1701 Market Street
Philadelphia, PA  19103
(215) 963-5001 (fax)
*Counsel for General Electric Company*

3