UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-591-TSE/JFA |
| ) | |
| ADRIANA KOECK, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
ON LIABILITY AND PERMANENT INJUNCTIVE RELIEF**

Plaintiff General Electric Company, pursuant to Fed. R. Civ. P. 56, moves for summary judgment on liability and permanent injunctive relief. The grounds for the motion are fully set forth in the accompanying memorandum, which has been filed under seal.

Respectfully submitted,

*Of Counsel*:

MORGAN, LEWIS & BOCKIUS LLP

Barbara Van Gelder
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 739-5256
(202) 739-3001 (fax)

Sarah E. Bouchard
Anne E. Martinez
1701 Market Street
Philadelphia, PA  19103
(215) 963-5077/5718
(215) 963-5001 (fax)

/s/
Charles B. Wayne
Virginia Bar No. 24954
Elisha A. King
Attorneys for General Electric Company
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C.  20004
(202) 799-4000
(202) 799-5000 (fax)
charles.wayne@dlapiper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

>Grant E. Morris
>Law Offices of Grant Morris
>1666 Connecticut Avenue, N.W.
>Suite 310
>Washington, D.C.  20009
>
>Robert B. Nealon
>Michael T. Pritchard
>Jay I. Igiel
>Nealon & Associates, P.C.
>119 N. Henry Street
>Alexandria, VA  22314
>
>David W. Sanford
>Stefanie F. Roemer
>Sanford, Wittels & Heisler, LLP
>1666 Connecticut Avenue, N.W.
>Suite 310
>Washington, D.C.  20009

>       /s/
>Charles B. Wayne
>Virginia Bar No. 24954
>Elisha A. King
>Attorneys for General Electric Company
>DLA PIPER LLP (US)
>500 8th Street, N.W.
>Washington, D.C.  20004
>(202) 799-4000
>(202) 799-5000 (fax)
>charles.wayne@dlapiper.com