UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,   )<br>                                                      )<br>            Plaintiff,           )<br>                                                      )<br>    v.                                          )      Civil Action No. 08-591-TSE/JFA<br>                                                      )<br>ADRIANA KOECK,               )<br>                                                      )<br>            Defendant.        )<br>                                                      ) | |

**EMERGENCY JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff General Electric Company and defendant Adriana Koeck jointly move the Court, on an emergency basis, for a stay of proceedings for a period of 14 days. The grounds for the motion are fully set forth in the accompanying memorandum.

Respectfully submitted,

 /s/                                                              /s/
Robert B. Nealon                                      Charles B. Wayne
Virginia Bar No. 23096                            Virginia Bar No. 24954
Jay I. Igiel                                                Elisha A. King
Virginia Bar No. 65576                            *Attorneys for General Electric Company*
Michael T. Pritchard                               DLA PIPER LLP (US)
Virginia Bar No. 65846                            500 8th Street, N.W.
*Attorneys for Adriana Koeck*                Washington, D.C.  20004
NEALON & ASSOCIATES, P.C.          (202) 799-4000
119 N. Henry Street                                (202) 799-5000 (fax)
Alexandria, VA  22314                            charles.wayne@dlapiper.com
(703) 684-5755
(703) 684-0153 (fax)
rbnealon@nealon.com
jigiel@nealon.com
mpritchard@nealon.com

| | |
|---|---|
|  /s/ | Of Counsel: |
| Grant E. Morris | |
| Virginia Bar No. 16260 | MORGAN, LEWIS & BOCKIUS LLP |
| LAW OFFICES OF GRANT MORRIS | |
| 1666 Connecticut Avenue, N.W. | Barbara Van Gelder |
| Suite 310 | 1111 Pennsylvania Avenue, N.W. |
| Washington, D.C.  20009 | Washington, D.C.  20004 |
| (202) 742-7783 | (202) 739-5256 |
| (202) 742-7776 (fax) | (202) 739-3001 (fax) |
| grantemorris@gmail.com | |
| | Sarah E. Bouchard |
| David W. Sanford | Anne E. Martinez |
| Stefanie F. Roemer | 1701 Market Street |
| SANFORD, WITTELS & HEISLER, LLP | Philadelphia, PA  19103 |
| 1666 Connecticut Avenue, N.W., | (215) 963-5077/5718 |
| Suite 310 | (215) 963-5001 (fax) |
| Washington, D.C.  20009 | |
| (202) 742-7777 | |
| (202) 742-7776 (fax) | |
| dsanford@nydclaw.com | |
| sroemer@nydclaw.com | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

>Grant E. Morris
>Law Offices of Grant Morris
>1666 Connecticut Avenue, N.W.
>Suite 310
>Washington, D.C.  20009
>
>Robert B. Nealon
>Michael T. Pritchard
>Jay I. Igiel
>Nealon & Associates, PC
>119 N. Henry Street
>Alexandria, VA  22314
>
>David W. Sanford
>Stefanie F. Roemer
>Sanford, Wittels & Heisler, LLP
>1666 Connecticut Avenue, N.W.
>Suite 310
>Washington, D.C.  20009

>/s/
>Charles B. Wayne
>Virginia Bar No. 24954
>Elisha A. King
>*Attorneys for General Electric Company*
>DLA PIPER LLP (US)
>500 8th Street, N.W.
>Washington, D.C.  20004
>(202) 799-4000
>(202) 799-5000 (fax)
>charles.wayne@dlapiper.com