UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-591-TSE/JFA |
| ADRIANA KOECK, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Plaintiff General Electric Company and defendant Adriana Koeck make the following joint status report:

1. By order of November 19, 2008, the Court stayed this action in order to allow a settlement agreement to be finalized in a putative class action pending in the United States District Court for the District of Connecticut captioned *Lorena F. Schaefer v. General Electric Company, et al.*, Case No. 3:07-CV-0858 (PCD) ("*Schaefer*"). As the parties herein represented to the Court at a status hearing that same day, the parties in this case have reached an agreement on all outstanding claims in this action. This settlement, however, is part of a settlement in the *Schaefer* case.

2. Lead counsel for defendant in this action are also plaintiffs' counsel in *Schaefer*.

3. Significant progress toward a final version of the settlement papers in *Schaefer* has been made. Because of the complexity of the *Schaefer case,* the parties are still finalizing the settlement agreement documents in that case.

4. The parties estimate that the settlement papers will likely be fully executed by the end of this week. The parties must thereafter await the expiration of the seven-day revocation period specified by the Older Workers Benefit Protection Act, 29 U.S.C. §626(f), before the settlement can become effective.

WHEREFORE, the parties ask that the Court keep the stay in place for an additional 14 days, to and including December 29, 2008.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Robert B. Nealon | Charles B. Wayne |
| Virginia Bar No. 23096 | Virginia Bar No. 24954 |
| Jay I. Igiel | Elisha A. King |
| Virginia Bar No. 65576 | *Attorneys for General Electric Company* |
| Michael T. Pritchard | DLA PIPER LLP (US) |
| Virginia Bar No. 65846 | 500 8th Street, N.W. |
| *Attorneys for Adriana Koeck* | Washington, D.C.  20004 |
| NEALON & ASSOCIATES, P.C. | (202) 799-4000 |
| 119 N. Henry Street | (202) 799-5000 (fax) |
| Alexandria, VA  22314 | charles.wayne@dlapiper.com |
| (703) 684-5755 | |
| (703) 684-0153 (fax) | Of Counsel: |
| rbnealon@nealon.com | |
| jigiel@nealon.com | MORGAN, LEWIS & BOCKIUS LLP |
| mpritchard@nealon.com | |
| | Barbara Van Gelder |
| /s/ | 1111 Pennsylvania Avenue, N.W. |
| Grant E. Morris | Washington, D.C.  20004 |
| Virginia Bar No. 16260 | (202) 739-5256 |
| LAW OFFICES OF GRANT MORRIS | (202) 739-3001 (fax) |
| 1666 Connecticut Avenue, N.W. | |
| Suite 310 | Sarah E. Bouchard |
| Washington, D.C.  20009 | Anne E. Martinez |
| (202) 742-7783 | 1701 Market Street |
| (202) 742-7776 (fax) | Philadelphia, PA  19103 |
| grantemorris@gmail.com | (215) 963-5077/5718 |
| | (215) 963-5001 (fax) |

3

David W. Sanford
Stefanie F. Roemer
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Avenue, N.W.,
Suite 310
Washington, D.C.  20009
(202) 742-7777
(202) 742-7776 (fax)
dsanford@nydclaw.com
sroemer@nydclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

>Grant E. Morris
>Law Offices of Grant Morris
>1666 Connecticut Avenue, N.W.
>Suite 310
>Washington, D.C.  20009
>
>Robert B. Nealon
>Michael T. Pritchard
>Jay I. Igiel
>Nealon & Associates, PC
>119 N. Henry Street
>Alexandria, VA  22314
>
>David W. Sanford
>Stefanie F. Roemer
>Sanford, Wittels & Heisler, LLP
>1666 Connecticut Avenue, N.W.
>Suite 310
>Washington, D.C.  20009

>                /s/
>Charles B. Wayne
>Virginia Bar No. 24954
>Elisha A. King
>*Attorneys for General Electric Company*
>DLA PIPER LLP (US)
>500 8th Street, N.W.
>Washington, D.C.  20004
>(202) 799-4000
>(202) 799-5000 (fax)
>charles.wayne@dlapiper.com