UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-591-TSE/JFA |
| ADRIANA KOECK, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff General Electric Company and defendant Adriana Koeck make the following joint status report:

1. By order of December 15, 2008, the Court once more stayed this action in order to allow a settlement agreement to be finalized in a putative class action pending in the United States District Court for the District of Connecticut captioned *Lorena F. Schaefer v. General Electric Company, et al.*, Case No. 3:07-CV-0858 (PCD) ("*Schaefer*").  As the parties herein have represented to the Court, the parties in this case have reached an agreement on all outstanding claims in this action.  This settlement, however, is part of a settlement in the *Schaefer* case.

2. By its December 15 order, the Court directed that the parties file a stipulation of dismissal by December 29.

3. The parties previously estimated that the final settlement documents would be executed by that date.  This goal proved impossible to achieve, owing to the complexity of the *Schaefer* settlement and the intervening holidays. The *Schaefer* parties have finalized their

settlement documentation with respect to all but a handful of issues and expect the settlement documents to be executed no later than January 5, 2009. The revocation period with respect to certain of the documents will expire seven days thereafter, allowing the settlement of *Schaefer* and this matter to become final by January 12, 2009.

WHEREFORE, the parties ask that the Court keep the stay in place for an additional 14 days, to and including January 12, 2009.

Respectfully submitted,

 /s/
Robert B. Nealon
Virginia Bar No. 23096
Jay I. Igiel
Virginia Bar No. 65576
Michael T. Pritchard
Virginia Bar No. 65846
*Attorneys for Adriana Koeck*
NEALON & ASSOCIATES, P.C.
119 N. Henry Street
Alexandria, VA  22314
(703) 684-5755
(703) 684-0153 (fax)
rbnealon@nealon.com
jigiel@nealon.com
mpritchard@nealon.com

 /s/
Grant E. Morris
Virginia Bar No. 16260
LAW OFFICES OF GRANT MORRIS
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C.  20009
(202) 742-7783
(202) 742-7776 (fax)
grantemorris@gmail.com

 /s/
Charles B. Wayne
Virginia Bar No. 24954
Elisha A. King
*Attorneys for General Electric Company*
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C.  20004
(202) 799-4000
(202) 799-5000 (fax)
charles.wayne@dlapiper.com

Of Counsel:

MORGAN, LEWIS & BOCKIUS LLP

Barbara Van Gelder
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 739-5256
(202) 739-3001 (fax)

Sarah E. Bouchard
Anne E. Martinez
1701 Market Street
Philadelphia, PA  19103
(215) 963-5077/5718
(215) 963-5001 (fax)

3

David W. Sanford
Stefanie F. Roemer
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Avenue, N.W.,
Suite 310
Washington, D.C.  20009
(202) 742-7777
(202) 742-7776 (fax)
dsanford@nydclaw.com
sroemer@nydclaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of December, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

        Grant E. Morris
        Law Offices of Grant Morris
        1666 Connecticut Avenue, N.W.
        Suite 310
        Washington, D.C.  20009

        Robert B. Nealon
        Michael T. Pritchard
        Jay I. Igiel
        Nealon & Associates, PC
        119 N. Henry Street
        Alexandria, VA  22314

        David W. Sanford
        Stefanie F. Roemer
        Sanford, Wittels & Heisler, LLP
        1666 Connecticut Avenue, N.W.
        Suite 310
        Washington, D.C.  20009

                /s/
        Charles B. Wayne
        Virginia Bar No. 24954
        Elisha A. King
        *Attorneys for General Electric Company*
        DLA PIPER LLP (US)
        500 8th Street, N.W.
        Washington, D.C.  20004
        (202) 799-4000
        (202) 799-5000 (fax)
        charles.wayne@dlapiper.com