UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|   |   |   |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-591-TSE/JFA |
| ADRIANA KOECK, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff General Electric Company and defendant Adriana Koeck make the following joint status report:

1. By order of January 12, 2009, the Court continued the stay in this action in order to allow a settlement agreement to be finalized in the related putative class action pending in the United States District Court for the District of Connecticut captioned *Lorena F. Schaefer v. General Electric Company, et al.*, Case No. 3:07-CV-0858 (PCD) ("*Schaefer*"). The Court directed that the parties file a stipulation of dismissal in this case by January 23, 2009.

2. The status of the settlement at this time is as follows: The parties herein have reached a final agreement in both this case and in the *Schaefer* case. Settlement papers have been signed by all parties in both cases. Under the terms of the settlement agreement, the last period for revocation by the plaintiffs is seven days after the last signature is affixed. The settlement will become final on January 27, 2009.

3. Accordingly, the parties in this action will be able to file a stipulation of dismissal in this case on January 28, 2009.

WHEREFORE, the parties ask that the Court keep the stay in place for an additional five days, to and including January 28, 2009.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Robert B. Nealon | Charles B. Wayne |
| Virginia Bar No. 23096 | Virginia Bar No. 24954 |
| Jay I. Igiel | Elisha A. King |
| Virginia Bar No. 65576 | *Attorneys for General Electric Company* |
| Michael T. Pritchard | DLA PIPER LLP (US) |
| Virginia Bar No. 65846 | 500 8th Street, N.W. |
| *Attorneys for Adriana Koeck* | Washington, D.C.  20004 |
| NEALON & ASSOCIATES, P.C. | (202) 799-4000 |
| 119 N. Henry Street | (202) 799-5000 (fax) |
| Alexandria, VA  22314 | charles.wayne@dlapiper.com |
| (703) 684-5755 | |
| (703) 684-0153 (fax) | Of Counsel: |
| rbnealon@nealon.com | |
| jigiel@nealon.com | MORGAN, LEWIS & BOCKIUS LLP |
| mpritchard@nealon.com | |
| | Barbara Van Gelder |
| /s/ | 1111 Pennsylvania Avenue, N.W. |
| Grant E. Morris | Washington, D.C.  20004 |
| Virginia Bar No. 16260 | (202) 739-5256 |
| LAW OFFICES OF GRANT MORRIS | (202) 739-3001 (fax) |
| 1666 Connecticut Avenue, N.W. | |
| Suite 310 | Sarah E. Bouchard |
| Washington, D.C.  20009 | Anne E. Martinez |
| (202) 742-7783 | 1701 Market Street |
| (202) 742-7776 (fax) | Philadelphia, PA  19103 |
| grantemorris@gmail.com | (215) 963-5077/5718 |
| | (215) 963-5001 (fax) |
| David W. Sanford | |
| Stefanie F. Roemer | |
| SANFORD, WITTELS & HEISLER, LLP | |
| 1666 Connecticut Avenue, N.W., | |
| Suite 310 | |
| Washington, D.C.  20009 | |
| (202) 742-7777 | |
| (202) 742-7776 (fax) | |
| dsanford@nydclaw.com | |
| sroemer@nydclaw.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

> Grant E. Morris
> Law Offices of Grant Morris
> 1666 Connecticut Avenue, N.W.
> Suite 310
> Washington, D.C.  20009
>
> Robert B. Nealon
> Michael T. Pritchard
> Jay I. Igiel
> Nealon & Associates, PC
> 119 N. Henry Street
> Alexandria, VA  22314
>
> David W. Sanford
> Stefanie F. Roemer
> Sanford, Wittels & Heisler, LLP
> 1666 Connecticut Avenue, N.W.
> Suite 310
> Washington, D.C.  20009

> /s/
> Charles B. Wayne
> Virginia Bar No. 24954
> Elisha A. King
> *Attorneys for General Electric Company*
> DLA PIPER LLP (US)
> 500 8th Street, N.W.
> Washington, D.C.  20004
> (202) 799-4000
> (202) 799-5000 (fax)
> charles.wayne@dlapiper.com