


UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GENERAL ELECTRIC COMPANY,

Plaintiff,

v.

ADRIANA KOECK,

Defendant.

Civil Action No. 08-591-TSE/JFA

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties stipulate as follows:

1. This action is hereby dismissed with prejudice.
2. The parties shall bear their respective costs of suit and attorney's fees.

Respectfully submitted,

_/s/ Robert B. Nealon_ by CBW with permission    _/s/ Charles B. Wayne_
Robert B. Nealon                                  Charles B. Wayne
Virginia Bar No. 23096                            Virginia Bar No. 24954
Jay I. Igiel                                      Elisha A. King
Virginia Bar No. 65576                            *Attorneys for General Electric Company*
Michael T. Pritchard                              DLA PIPER LLP (US)
Virginia Bar No. 65846                            500 8th Street, N.W.
*Attorneys for Adriana Koeck*                     Washington, D.C. 20004
NEALON & ASSOCIATES, P.C.                         (202) 799-4000
119 N. Henry Street                               (202) 799-5000 (fax)
Alexandria, VA 22314                              charles.wayne@dlapiper.com
(703) 684-5755
(703) 684-0153 (fax)
rbnealon@nealon.com
jigiel@nealon.com
mpritchard@nealon.com

| | |
|---|---|
| Grant E. Morris<br>Virginia Bar No. 16260<br>LAW OFFICES OF GRANT MORRIS<br>1666 Connecticut Avenue, N.W.<br>Suite 310<br>Washington, D.C. 20009<br>(202) 742-7783<br>(202) 742-7776 (fax)<br>grantemorris@gmail.com<br><br>David W. Sanford<br>Stefanie F. Roemer<br>SANFORD, WITTELS & HEISLER, LLP<br>1666 Connecticut Avenue, N.W.,<br>Suite 310<br>Washington, D.C. 20009<br>(202) 742-7777<br>(202) 742-7776 (fax)<br>dsanford@nydclaw.com<br>sroemer@nydclaw.com | Of Counsel:<br>MORGAN, LEWIS & BOCKIUS LLP<br><br>Barbara Van Gelder<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 739-5256<br>(202) 739-3001 (fax)<br><br>Sarah E. Bouchard<br>Anne E. Martinez<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5077/5718<br>(215) 963-5001 (fax) |

IT IS SO ORDERED this 30th day of January, 2009. — *Dismissed effective as of 1/28/09 as if was filed on that date & Court endorsement not required for stipulation to be effective. See Rule 41(a)(1)(A)(ii)*

/s/
T. S. Ellis, III
United States District Judge

T.S. Ellis, III
United States District Judge