IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08cv591 |
| ) | |
| ADRIANA KOECK, ) | |
| Defendant. ) | |

## ORDER

This matter came before the Court on Bernabei & Wachtel, PLLC's motion to intervene pursuant to Rule 24(a)(2), Fed. R. Civ. P.

For the reasons stated from the Bench,

It is hereby **ORDERED** that Bernabei & Wachtel, PLLC's motion to intervene is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record and counsel for Bernabei & Wachtel, PLLC.

Alexandria, Virginia
January 30, 2009

T. S. Ellis, III
United States District Judge