UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-591-TSE/JFA |
| ADRIANA KOECK, | ) | |
| Defendant. | ) | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that due to electronic filing complications, Exhibits A through D were not filed with Defendant Adriana Koeck's Memorandum Regarding Withdrawal of Previously Filed Pleadings (Doc. No. 170), originally filed on February 19, 2009. Defendant now submits these exhibits as attachments to this Notice.

Dated: February 20, 2009.                                   Respectfully submitted,

                                                                                                   /s/
                                                       Grant Morris, VA Bar No. 16260
                                                       **LAW OFFICES OF GRANT MORRIS**
                                                       1666 Connecticut Ave., NW
                                                       Suite 310
                                                       Washington, D.C. 20009
                                                       Telephone: (202) 742-7783
                                                       Facsimile: (202) 742-7776
                                                       grantemorris@gmail.com

- 2 -

        David Sanford, D.C. Bar No. 457933*
        Stefanie Roemer, D.C. Bar No. 464450*
        Christine Dunn, D.C. Bar No. 468401*
        **SANFORD, WITTELS & HEISLER, LLP**
        1666 Connecticut Avenue, N.W.
        Suite 310
        Washington, D.C. 20009
        Telephone: (202) 742-7780
        Facsimile: (202) 742-7776
        dsanford@nydclaw.com
        sroemer@nydclaw.com
        cdunn@nydclaw.com
        **Admitted pro hac vice*

        *Attorneys for Adriana Koeck*