UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GENERAL ELECTRIC COMPANY,

    Plaintiff,

v.      Civil Action No. 08-0591 (TSE/JFA)

ADRIANA KOECK,

    Defendant.

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**MOTION TO DISCLOSE SEALED PLEADINGS**

    Undersigned counsel respectfully move for leave to file under seal their attached motion for permission to provide D.C. Bar Counsel with two sealed pleadings in this matter. In support thereof, the following is submitted:

    1.    D.C. Bar Counsel is conducting a confidential investigation into possible violations of the D.C. ethics rules. D.C. Bar Counsel has requested to see two pleadings which have been filed under seal.

    2.    Because the pleadings requested are presently under seal pursuant to an order of this Court, counsel deemed it appropriate to seek leave of this Court before disclosing them.

    WHEREFORE, for the foregoing reasons, it is respectfully requested that the Court grant this motion and allow the motion to disclose pleadings to D.C. Bar Counsel be filed under seal.

Dated: August 28, 2013

                                                  Respectfully submitted,

                                                  _/s/ Grant E. Morris_

                                                  Grant E. Morris, VA Bar No. 16290
                                                  David W. Sanford, pro hac vice
                                                  Sanford & Heisler, LLP
                                                  1666 Connecticut Avenue, NW, Suite 300
                                                  Washington, DC  20009
                                                  Telephone:  (202) 499-5200

Email:  dsanford@sanfordheisler.com
gmorris@sanfordheisler.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2013, a copy of Sanford Heisler's Motion for Leave to File Under Seal, Order, and Notice of Hearing were served by electronic mail upon the following:

Mark Nordstrom
GE, Corporate
Mark.Nordstrom@ge.com

*Emily Farmer*