IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08cv0591 (TSE/JFA) |
| ) | |
| ADRIANA KOECK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the court is a Motion for Leave to File Under Seal Motion to Disclose Sealed Pleadings (Docket no. 175) ("Motion to Seal"). Prior to allowing documents to be filed under seal, the court must "(1) give public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000).

The court has reviewed the Motion to Seal and the motion that is being sought to be filed under seal and finds that given the nature of the motion to disclose and the attachments thereto, that the motion should be filed under seal. The court also finds that a less drastic alternative to sealing this motion is not feasible. Accordingly, it is hereby

ORDERED that the Motion to Seal is granted.

Entered this 27th day of September, 2013.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia