UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GENERAL ELECTRIC COMPANY,

    Plaintiff,

v.                                             Civil Action No. 08-0591 (TSE/JFA)

ADRIANA KOECK,

    Defendant.

## ORDER

This matter is before the Court on a motion for leave to disclose two sealed filings, Docket Nos. 58 and 112, to the District of Columbia Office of Bar Counsel. Upon consideration of the motion and exhibits and the fact that Plaintiff General Electric does not oppose this limited non-public disclosure, it is this 27th day of September 2013,

ORDERED, that Sanford & Heisler LLP may disclose to the District of Columbia Office of Bar Counsel the Defendant's Answer and Counterclaim (Docket No. 58) and the Defendant's Amended Counterclaim (Docket No., 112); and it is further

ORDERED, that Bar Counsel may review these documents and use them as they deem fit except to the extent they may be made public; and it is further

ORDERED, that if the District of Columbia Bar Counsel seeks to make use of these two pleadings in a public manner or forum, that the Office of Bar Counsel must first obtain the permission of this Court.

SO ORDERED.

                                                          /s/         JFA
                                                      John F. Anderson
                                              United States Magistrate Judge